S/Lisa Pupo Lenihan_____