IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KALIEF RETHAGE, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| VS. | ) CIVIL. NO.:  05-289 |
| | ) |
| J. BARRY JOHNSON, SUPERINTENDANT, STATE CORRECTIONAL INSTITUTION AT PINE GROVE, | ) |
| | ) |
| RESPONDENT, | ) |
| | ) |
| AND | ) |
| | ) |
| THOMAS CORBETT, ATTORNEY GENERAL OF PENNSYLVANIA, | ) |
| | ) |
| ADDITIONAL RESPONDENT. | ) **TYPE OF PLEADING**: APPLICATION FOR THE ISSUANCE OF A CERTIFICATE OF APPEALABILITY PURSUANT TO TITLE 28 U.S.C. §2255 (c)(1) AND RULE 22.1 LOCAL RULES OF APPELLATE PROCEDURE FOR THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT |
| | ) |
| | ) **FILED ON BEHALF OF**: KALIEF RETHAGE, PETITIONER |
| | ) |
| | ) **ATTORNEY OF RECORD** ADAM B. COGAN, ESQUIRE PA ID NO.:  75654 ONE NORTHGATE SQUARE GREENSBURG, PA 15601 (724) 837-9046 |

AND NOW, THIS 6th DAY OF June 07, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE